**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF ALASKA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Aesthetic Family Dentistry, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-2501268** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1550 West Parks Highway** **Wasilla, AK 99654** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Matanuska Susitna** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.akdental.com**

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6212__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **Aesthetic Family Dentistry, LLC** _____ Case number (*if known*)_____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Aesthetic Family Dentistry, LLC** _____ Case number (*if known*)_____
    Name

|  | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 21-00083    Filed 04/25/21    Entered 04/25/21 18:20:49    Doc# 1    Page 4 of 12

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 25, 2021**
              MM / DD / YYYY

**X** **/s/ Scott Allen Methven**                          **Scott Allen Methven**
Signature of authorized representative of debtor            Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ David H. Bundy**                               Date **April 25, 2021**
Signature of attorney for debtor                            MM / DD / YYYY

**David H. Bundy**
Printed name

**David H. Bundy, P.C.**
Firm name

**721 Depot Drive**
**Anchorage, AK 99501**
Number, Street, City, State & ZIP Code

Contact phone **907-248-8431**      Email address **dhb@alaska.net**

**7210043 AK**
Bar number and State

# United States Bankruptcy Court
### District of Alaska

In re  **Aesthetic Family Dentistry, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Scott Allen Methven**<br>**1550 West Parks Highway**<br>**Wasilla, AK 99654** | membership | 100% | membership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 25, 2021**

Signature  **/s/ Scott Allen Methven**
**Scott Allen Methven**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Alaska

In re  **Aesthetic Family Dentistry, LLC**    Case No.
Debtor(s)    Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Aesthetic Family Dentistry, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **April 25, 2021** | **/s/ David H. Bundy** |
| Date | **David H. Bundy** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Aesthetic Family Dentistry, LLC** |
| | **David H. Bundy, P.C.** |
| | **721 Depot Drive** |
| | **Anchorage, AK 99501** |
| | **907-248-8431 Fax:907-248-8434** |
| | **dhb@alaska.net** |

# United States Bankruptcy Court
## District of Alaska

In re  **Aesthetic Family Dentistry, LLC**                             Case No.
                                        Debtor(s)                      Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 25, 2021**                    **/s/ Scott Allen Methven**
                                              **Scott Allen Methven**/**Managing Member**
                                              Signer/Title

David H. Bundy
David H. Bundy, P.C.
721 Depot Drive
Anchorage, AK 99501


Aesthetic Family Dentistry, LLC
1550 West Parks Highway
Wasilla, AK 99654


ALIGN Technology, Inc.
2820 Orchard Parkway
San Jose, CA 95134


AT&T Mobility
P O Box 6463
Carol Stream, IL 60197-6463


Burkhart Dental Supply
2502 South 78th St.
Tacoma, WA 98409-9053


Burkhart Equipment Finance
1310 Madrid, Suite 101
Marshall, MN 56258-4002


Castable Ceramics
4111 Minnesota Dr #200
Anchorage, AK 99503


Cedr HR Solutions
2919 East Broadway Blvd
Suite 250
Tucson, AZ 85716


Change Healthcare
5995 Windward Parkway MSTP 4901
Alpharetta, GA 30005


Christopher J. Kayser
121 SW Morrison St. Suite 700
Portland, OR 97204


De Lage Laden Financial Services, Inc.
P O Box 41602
Philadelphia, PA 19101-1602

```
Denali Refuse
7362 W Parks Highway #602
Wasilla, AK 99623


Dental Intelligence
2100 W Pleasant Grove
Pleasant Grove, UT 84062


DPS Media
P O Box 776738
Chicago, IL 60677-6738


Enstar Natural Gas Company
P O Box 190288
Anchorage, AK 99519-0288


Entech Alaska LLC
420 East 100th Avenue
Anchorage, AK 99515-2603


Findlay Dental Lab
1434 E 9400 S  #105
Sandy, UT 84093


First National Bank Alaska
P O Box 100700
Anchorage, AK 99510


Glidewell
4141 MacArthur Blvd
Newport Beach, CA 92660


Glidewell Direct
18551 Von Karman Ave
Irvine, CA 92612


Guardian Security Systems Inc.
2600 Seward Highway
Anchorage, AK 99503


Health Assure/Alasco
American Linen Division
P O Box 240048
Anchorage, AK 99524-0048
```

```
Highland Capital Corporation
1 Passaic Avenue
Fairfield, NJ 07004


IPFS Corporation
P O Box 412086
Kansas City, MO 64141-2086


JM Consulting
14205 NW 55th Court
Vancouver, WA 98685


Markel
P O Box 650028
Dallas, TX 75265-0028


Mat-Su Bookkeeping
2925 W. Seafront Dr
Wasilla, AK 99654


Matanuska Electric Association
P O Box 2929
Palmer, AK 99645-2929


Matanuska Telephone Association
1740 S Chugach St
Palmer, AK 99645


NIM, Inc.
4681 East Shoreline Circle
Wasilla, AK 99654


Ohana Media Group LLC
833 Gambell Street
Anchorage, AK 99501


Open Dental Software
3275 Marietta St SE
Salem, OR 97317


Paychek of New York, LLC
220 Kenneth Drive
Rochestyer, NY 14623-4277
```

```
Paychex
Human Resources Services
1175 John Street
West Henrietta, NY 14586-9199


ProHealth Capital
P O Box 41602
Philadelphia, PA 19101-1602


Rock Creek Property Services
8575 W. John Street
Wasilla, AK 99623


TIAA Bank
P O Box 911608
Denver, CO 80291-1608


Ultradent Products, Inc.
P O Box 952648
St. Louis, MO 63195-2648


Valley Business Machines
5825 East Mayflower Court
Wasilla, AK 99654


Valley Dentures
5305 N Nodding Ct.
Palmer, AK 99645


Vital Records Control
Dept 5874
P O Box 11407
Birmingham, AL 35246-5874


Weave Communications, Inc.
2000 West Ashton Blvd Suite 100
Lehl, UT 84043


William G. Royce
310 K Street Suite 200
Anchorage, AK 99501


Scott Allen Methven
1550 West Parks Highway
Wasilla, AK 99654
```