# Aesthetic Family Dentistry

Balance Sheet

As of March 31, 2021

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       FNBA #5994 | 282,794.94 |
|       Keybank, cking #1009718 | 616.89 |
|       WellsFargo, saving #12710 | 169.61 |
|       WellsFargo,cking #44692 | 1,389.13 |
|     **Total Bank Accounts** | **$284,970.57** |
|     **Other Current Assets** | |
|       Employee Advances | 0.00 |
|       Payroll Clearing | 0.00 |
|       Petty Cash | 300.00 |
|       Transfer Acc't | 0.00 |
|     **Total Other Current Assets** | **$300.00** |
|   **Total Current Assets** | **$285,270.57** |
|   **Fixed Assets** | |
|     Accum Depreciation | -1,053,010.47 |
|     ARTWORK | 275.00 |
|     Business Vechicle | 9,252.88 |
|     Dental Bldg | 0.00 |

# Aesthetic Family Dentistry

Balance Sheet

As of March 31, 2021

|  | TOTAL |
|---|---:|
| Equipment Office | 6,462.76 |
|   Computer Server | 27,553.80 |
|   Computer Software | 1,010.05 |
|   Computers/Monitors | 58,328.06 |
|   Downstairs Remodel | 37,978.04 |
|   Phone System | 5,149.50 |
| **Total Equipment Office** | **136,482.21** |
| Equipment\Dental | 1,037,637.99 |
|   Oral Surgeon Equipment | 2,520.00 |
| **Total Equipment\Dental** | **1,040,157.99** |
| LEASEHOLD IMP | 63,682.11 |
| Office Furniture | 13,089.36 |
| SIGN | 43,363.28 |
| Sign Down Payment | 0.00 |
| **Total Fixed Assets** | **$253,292.36** |
| Other Assets |  |
|   Accum Amortization | -11,558.06 |
|   Loan Fees/Good Faith | 3,124.30 |
|   Security deposit/Burkhart | 0.00 |
|   Start Up Costs | 8,398.15 |
| **Total Other Assets** | **$ -35.61** |
| **TOTAL ASSETS** | **$538,527.32** |

# Aesthetic Family Dentistry

Balance Sheet

As of March 31, 2021

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|     **Credit Cards** | |
|       **CREDIT CARDS** | 0.00 |
|         American Express/12002 | 0.00 |
|         American Express/92002 | 0.00 |
|         American Express/96003 | 130,599.40 |
|         B of A VISA--7859 | 2,604.76 |
|         Bank of America - 6639 | 0.00 |
|         Bank of America--5942 | 0.00 |
|         Chase Visa 6295 | 6,043.72 |
|       **Total CREDIT CARDS** | **139,247.88** |
|     **Total Credit Cards** | **$139,247.88** |

# Aesthetic Family Dentistry

Balance Sheet

As of March 31, 2021

|  | TOTAL |
|---|---:|
| **Other Current Liabilities** |  |
|   Burkhart dental | 0.00 |
|   Choice Health Financial | -3,817.50 |
|   FNBA LOC #9822 | 177,782.63 |
|   Key Equip Lease #KP00030354 | 0.00 |
|   Key Equip Lease 3KP00026918 | 0.00 |
|   Key Line of Credit #11001 | 0.00 |
|   Keybank LOC | 0.00 |
|   Kubota Tracor Corp | 0.00 |
|   Northrim LOC#84108 | 0.00 |
|   Patterson Dental | 0.00 |
|   Payroll Liabilities | 0.00 |
|     401(k) | 0.00 |
|     401K Roth | 0.00 |
|     401K Roth - Scott | 0.00 |
|     Aflac | 0.00 |
|     After-tax Roth 401(k) | 0.00 |
|     AK Unemployment Tax | 0.00 |
|     Federal Taxes (941/944) | 0.00 |
|     Federal Unemployment (940) | 0.00 |
|     FUTA | 0.00 |
|     FWH | 0.00 |
|     Lab Fees - Align Tech | 0.00 |
|     Lab Fees - Denali Lab | 0.00 |
|     Lab Fees - O'Brien | 0.00 |
|     Lab Fees - Valley Lab | 0.00 |
|     Lab Fees--Ziemek | 0.00 |
|     Roth Employee Contribution | 0.00 |
|     Roth Employer Matching | 0.00 |
|     SS | 0.00 |
|     St ESC | 0.00 |
|   **Total Payroll Liabilities** | **0.00** |
|   PPP LOAN | 224,727.85 |
|   Wells Fargo/Line Credit#40001 | 0.00 |
| **Total Other Current Liabilities** | **$398,692.98** |
| **Total Current Liabilities** | **$537,940.86** |

# Aesthetic Family Dentistry

Balance Sheet

As of March 31, 2021

|  | TOTAL |
|---|---:|
| Long-Term Liabilities |  |
|   Bank of America Loan #6940 | 0.00 |
|   Burkhart N/P - 2/11/21 | 27,538.22 |
|   Burkhart N/P - XRay/Panographic | 56,639.97 |
|   CIT SMALL BUS/LEASE | 0.00 |
|   Due to/from INABA.LLC | 6,664.36 |
|   Equipment Lease | 0.00 |
|     #KP00026918 #2-1354.57 | 0.00 |
|     Burkhart | 0.00 |
|     KEY CORP LEASE | 0.00 |
|       Back Equip lease | 0.00 |
|       KP00026332 #1 521.30 | 0.00 |
|   **Total KEY CORP LEASE** | **0.00** |
|   **Total Equipment Lease** | **0.00** |
|   FNBA $1190 | -28,223.48 |
|   FNBA $5906 | -144,358.51 |
|   Highland Capital | 20,061.44 |
|   Key Equip/Sign/855.19 | 0.00 |
|   Keybank #4243525203-01-2985.54 | 0.00 |
|   LOAN | 0.00 |
|   LOAN - TIAA | 24,261.16 |
|   N/P Burkhart | 89,012.80 |
|   N/P Burkhart - SOTA | 0.00 |
|   N/P Henry Schein | -11,820.78 |
|   Wells Fargo Commercial Line of Credit #80069 | 0.00 |
|   Wells Fargo Loan #48553 | 0.00 |
| **Total Long-Term Liabilities** | **$39,775.18** |
| **Total Liabilities** | **$577,716.04** |
| Equity |  |
|   Captial Account | 0.00 |
|   Contributions/Owner |  |
|     Edward Jones | 0.00 |
|     Personal #8753 | 0.00 |
|   **Total Contributions/Owner** | **0.00** |
|   Opening Balance Equity | 0.00 |

# Aesthetic Family Dentistry

## Balance Sheet
### As of March 31, 2021

|  | TOTAL |
|---|---:|
| Owner Draws | -677,225.50 |
|   401k ROTH | 0.00 |
|   ALASKA WILD | 0.00 |
|   B of A #3304 | 0.00 |
|   Barclaycard | 0.00 |
|   Chase #5186 | 0.00 |
|   CITIBANK | 0.00 |
|   cking acct/Scott | 0.00 |
|   Disability | 0.00 |
|   Dogs | 0.00 |
|   FNB/Hyer #7075 | 0.00 |
|   Girdwood B of A | 0.00 |
|   Homeowners/Pippel | 0.00 |
|   House property tax | 0.00 |
|   Hummer | 0.00 |
|   IRA PAYMENTS | 0.00 |
|   Life Insurance | 0.00 |
|   Mortgage | 0.00 |
|   Owner Health Insurance | 0.00 |
|   Real Estate Taxes - 5 Lots | 0.00 |
|   Real Estate Taxes - Inaba | 0.00 |
|   Tax Payments | -78,402.50 |
|     IRS fee | 0.00 |
|   **Total Tax Payments** | **-78,402.50** |
|   Trans Account | 0.00 |
|     Wells Fargo cking #0673 | 0.00 |
|     WF loc #2067064 | 0.00 |
|       Interest on LOC | 0.00 |
|     **Total WF loc #2067064** | **0.00** |
|     WF savings | 0.00 |
|   **Total Trans Account** | **0.00** |
|   Travel | 0.00 |
|   US Bank #1049 | 0.00 |
| **Total Owner Draws** | **-755,628.00** |
| Retained Earnings | 557,637.82 |
| Net Income | 158,801.46 |
| **Total Equity** | **$ -39,188.72** |
| **TOTAL LIABILITIES AND EQUITY** | **$538,527.32** |