# Aesthetic Family Dentistry

Profit and Loss

January - December 2020

|  | TOTAL |
|---|---:|
| Income |  |
|   Fee/Patient | 3,025,460.27 |
|   refunds/Insurance | -3,119.67 |
|   Refunds/Patient | -16,506.11 |
| **Total Income** | **$3,005,834.49** |
| **GROSS PROFIT** | **$3,005,834.49** |
| Expenses |  |
|   Alarm Monitoring | 1,394.47 |
|   Associate fees | 110,922.59 |
|     Dr. Carl Johnson | 305.28 |
|     Dr. Doug Bowen | 3,500.00 |
|   **Total Associate fees** | **114,727.87** |
|   Bank Charges | 2,978.67 |
|     Checking Account Fee | 85.45 |
|   **Total Bank Charges** | **3,064.12** |
|   Billing Costs |  |
|     Collection Fees | 421.61 |
|     Merchant Fees/ VISA MC | 20,152.99 |
|   **Total Billing Costs** | **20,574.60** |
|   CONT ED |  |
|     FEES/Tuition | 4,299.00 |
|   **Total CONT ED** | **4,299.00** |
|   Direct Costs |  |
|     Dental Supplies | 182,380.41 |
|     Lab Fees | 61,908.06 |
|       Lab Fees - Dr. Woods | 21,132.49 |
|       Lab Fees--Dr. Scott Methven | 138,536.45 |
|     **Total Lab Fees** | **221,577.00** |
|   **Total Direct Costs** | **403,957.41** |
|   Donations/Contributions | 100.00 |
|   ENTERTAINMENT | 1,675.13 |
|   General Costs |  |
|     ADVERTISING | 3,918.85 |
|       Business Promotion/Marketing | 5,542.86 |
|       Internet Costs | 56,333.04 |
|       Radio Advertising | 20,250.00 |
|       Sponsorships | 2,058.30 |
|       Yellow Page Advertising | 1,424.00 |
|     **Total ADVERTISING** | **89,527.05** |
|     Business License | 200.00 |

# Aesthetic Family Dentistry

## Profit and Loss
January - December 2020

|  | TOTAL |
|---|---:|
| COMPUTER WORK | 9,348.20 |
|   Software and Hardware | 2,747.99 |
| **Total COMPUTER WORK** | **12,096.19** |
| Dues & Fees | 1,629.38 |
| Gifts To Employees | 350.00 |
| Gifts/Promo | 92.95 |
| LEGAL & ACC'T | |
|   Accounting | 5,389.60 |
|   HR Services | 2,028.00 |
|   Legal Costs | 300,242.45 |
| **Total LEGAL & ACC'T** | **307,660.05** |
| Office Supplies | 29,729.06 |
| Postage/Freight | 1,932.37 |
| **Total General Costs** | **443,217.05** |
| Independent Contractors | |
|   PNWOMS | 2,907.76 |
| **Total Independent Contractors** | **2,907.76** |
| Insurance | 760.04 |
|   OTHER/INS | 6,401.16 |
|   PPP PL GL | 3,422.10 |
|   PROPERTY INS | 1,025.00 |
|   WK COMP | 7,158.00 |
| **Total Insurance** | **18,766.30** |
| INTEREST EXPENSE | |
|   Finance Charges | 5,348.25 |
|   Int Exp Other | 12,568.42 |
|   Interest Ex Cr Cards | 40.47 |
| **Total INTEREST EXPENSE** | **17,957.14** |
| MAINT AGREEMENTS | 2,276.74 |
| MERCHANT DISCOUNT | 18,332.22 |
| Occupancy Costs | |
|   Aquarium | 2,732.69 |
|   Dental Equip Repair/Maintenance | 4,704.00 |
|   Insurance (Overhead, liability) | 28,127.01 |
|   Janitoral | 18,477.72 |
|   Property Taxes | 13,034.31 |
|   Repairs and Maintenance | 13,568.80 |
|   Utilities | 28,849.76 |
|     Telephone | 7,465.50 |
| **Total Utilities** | **36,315.26** |

# Aesthetic Family Dentistry

## Profit and Loss
January - December 2020

|  | TOTAL |
|---|---:|
| Waste Removal | 4,939.57 |
| **Total Occupancy Costs** | **121,899.36** |
| Other Expenses |  |
|   Business Meals | 1,537.04 |
|   Travel Expense--Officers |  |
|     Lodging | 231.99 |
|     Parking Expense | 128.00 |
|   **Total Travel Expense--Officers** | **359.99** |
| **Total Other Expenses** | **1,897.03** |
| Payroll Expenses |  |
|   Bonuses Paid To Employees | 7,350.00 |
|   Payroll Service | 10,636.95 |
|   Payroll Wages | 834,454.16 |
|     Roth Paid by Paychex | 70,979.86 |
|     Wages | 50,179.03 |
|   **Total Payroll Wages** | **955,613.05** |
|   Taxes |  |
|     Employer Payroll Taxes | 352,816.76 |
|   **Total Taxes** | **352,816.76** |
| **Total Payroll Expenses** | **1,326,416.76** |
| PROFESSIONAL FEES | 118,721.16 |
| Staff Costs |  |
|   Employee Meals In Office | 6,392.64 |
|   Uniforms/Staff | 1,131.89 |
| **Total Staff Costs** | **7,524.53** |
| TAX & LICENSES | 300.00 |
| Telephone | 1,522.23 |
|   CELLULAR | 4,355.14 |
| **Total Telephone** | **5,877.37** |
| **Total Expenses** | **$2,635,886.02** |
| **NET OPERATING INCOME** | **$369,948.47** |
| **NET INCOME** | **$369,948.47** |