Fill in this information to identify the case:

Debtor name: **Aesthetic Family Dentistry, LLC**
United States Bankruptcy Court for the: **DISTRICT OF ALASKA**
Case number (if known): **21-00083**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| American Express<br>P O Box 650448<br>Dallas, TX 75265-0448 | | | | | | $130,599.00 |
| Bank of America Visa<br>P O Box 19850<br>Wilmington, DE 19886 | | credit card | | | | $2,604.00 |
| Burkhart<br>2502 South 78th St.<br>Tacoma, WA 98409-9053 | | loans | | | | $89,102.00 |
| Chase Visa<br>P O Box 15298<br>Wilmington, DE 19850 | | credit card | | | | $6,043.00 |
| First National Bank Alaska<br>P O Box 100700<br>Anchorage, AK 99510 | | line of credit | | | | $177,183.00 |
| First National Bank Alaska<br>P O Box 100700<br>Anchorage, AK 99510 | | loans 1190 and 5906 | | | | $172,000.00 |
| IPFS Corporation<br>P O Box 412086<br>Kansas City, MO 64141-2086 | | insurance premium financing (malpractice, building) | | $6,703.00 | $0.00 | $6,703.00 |
| NIM, Inc.<br>4681 East Shoreline Circle<br>Wasilla, AK 99654 | | arbitration award - currently on appeal | Contingent Disputed Subject to Setoff | | | $820,023.00 |